151 A.3d 87

WEINER & MAZZEI, P.C., AND PHILLIP A. LAPORTA, ESQ., PLAINTIFFS-PETITIONERS, v. THE SATTIRAJU LAW FIRM, PC, DEFENDANT-RESPONDENT.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001079-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

151 A.3d 88

STATE OF NEW JERSEY IN THE INTEREST OF J.P., A MINOR.STATE OF NEW JERSEY IN THE INTEREST OF K.S., A MINOR.(K.S.-PETITIONER)

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-780/1659-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.